**Willard MATTSON, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL
BOARD (ATACS CORPORATION),
Respondent.**

Supreme Court of Pennsylvania.

Dec. 14, 1998.

John J. Stanzione, Downingtown, for petitioner.

*ORDER*

PER CURIAM:

AND NOW, this 14th day of December, 1998, the Petition for Allowance of Appeal is hereby GRANTED, and the decision of the Commonwealth Court is REVERSED pursuant to *Lykins v. Workers' Compensation Appeal Board,* 552 Pa. 1, 713 A.2d 77 (Pa.1998). The matter is REMANDED to the Workers' Compensation Appeal Board for consider-

ation of the merits of Petitioner's penalty petition.